[DO NOT PUBLISH]

In the

# United States Court of Appeals

### For the Eleventh Circuit

_____

No. 23-13596

Non-Argument Calendar

_____

DARYL SHARP,
Ambassador & Representative of The Living
God Jehovah,

                                        Plaintiff-Appellant,

*versus*

ARCHBISHOP TIMOTHY DOLAN,

                                        Defendant-Appellee.

_____

Appeal from the United States District Court
for the Middle District of Florida

2                        Opinion of the Court                        23-13596

D.C. Docket No. 8:23-cv-01978-SDM-UAM

_____

Before WILLIAM PRYOR, Chief Judge, and ROSENBAUM and ABUDU, Circuit Judges.

PER CURIAM:

Daryl Sharp appeals *pro se* the *sua sponte* dismissal of his complaint with prejudice as frivolous. 28 U.S.C. § 1915(e). We affirm.

Sharp waived his right to appeal by failing to object to the report and recommendation adopted by the district court. *See Harrigan v. Metro Dade Police Dep't Station #4*, 977 F.3d 1185, 1191–92 (11th Cir. 2020). The report and recommendation warned Sharp that he had 14 days to object and that his failure to do so waived any right to challenge the adoption of the recommendation on appeal. Although we may review for "plain error if necessary in the interests of justice," 11th Cir. R. 3-1, Sharp does not ask us to do so or even acknowledge the report and recommendation in his brief, so he has abandoned this argument. *See Timson v. Sampson*, 518 F.3d 870, 874 (11th Cir. 2008). Nor did the district court err in refusing to allow Sharp leave to amend his shotgun pleading against Archbishop Dolan and officials of the Catholic Church in the light of his history of filing frivolous and previously dismissed complaints against them.

We **AFFIRM** the dismissal of Sharp's complaint.